**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **AGC Refining & Filtration, LLC** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Allen Filtration, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-0981568** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3045 E. Elm** <br> **Springfield, MO 65802** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Greene** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)    **www.agcinternational.com**

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | AGC Refining & Filtration, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

| Debtor | **AGC Refining & Filtration, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name   _____
         Phone          _____

███  **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **AGC Refining & Filtration, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 20, 2019**
MM / DD / YYYY

X **/s/ Jerome Nichols, President**
Signature of authorized representative of debtor

**Jerome Nichols, President**
Printed name

Title    **President/Managing Member**

**18. Signature of attorney**

X **/s/ David E. Schroeder**
Signature of attorney for debtor

Date    **September 20, 2019**
MM / DD / YYYY

**David E. Schroeder 32724**
Printed name

**David Schroeder Law Offices, P.C.**
Firm name

**1524 East Primrose St
Suite A
Springfield, MO 65804**
Number, Street, City, State & ZIP Code

Contact phone    **(417) 890-1000**    Email address    **bk1@dschroederlaw.com**

**32724 MO**
Bar number and State

Action Sales and Rental, Inc.
3950 E. Kearney
Springfield MO 65803


Advanced Fabrication Technologies, Inc.
1419 N. Belcrest Ave.
Springfield MO 65802


AGC International Eurasia, LLC
224 N. Euclid
Detective Building, Floor 2
Pittsburgh PA 15206


Alan DeFlorio
208 W. Hypericum Lane
Greenville SC 29615


Allen Filters, Inc.
PO Box 747
Springfield MO 65801


Altus Global Trade Solutions
Keith West
2400 Veterans Memorial Blvd, Ste 300
Kenner LA 70062


Arizona Boiler
8282 N. 75th Ave.
Peoria AZ 85345


BN Refining, LLC
1850 W. Broadway St, Suite 110
Phoenix AZ 85041


Boyd Metals
1027 Byers Ave.
Joplin MO 64802


Chromalox, Inc.
103 Gamma Dr.
Pittsburgh PA 15238


Cozen O'Connor
277 Park Ave.
New York NY 10172

Cozen O'Connor
200 S. Biscayne Blvd, Suite 3000
Miami FL 33131


Crane Electric
220 W. Brook
Neosho MO 64850


Creative Design & Writing, Inc.
2476 Overland Rd.
Laramie WY 82070-4808


DMP Corporation
400 Bryant Blvd.
Rock Hill SC 29732


Don Kleine
734 Singing Trails Dr.
El Cajon CA 92109


Elementa Ecuador Elecueme, S.A.
Yaguachi, SL21
MZ 207 Calle 21 De
Yaguachi, Ecuador


Ellis, Ellis, Hammons, & Johnson
901 St. Louis St, Suite 500
Springfield MO 65806


Emanuel Quinn
6, ru Lamennais
Paris, France 75008


Endress & Hauser
2350 Endress Place
Greenwood IN 46143


Enviem Holdings, BV
Amperesteraat 5
Harderwijk, NL 3846 AN Holland


Evans & Green, LLP
Jacqueline Elkin
1615 S. Ingram Mill Rd, Bldg. F
Springfield MO 65808

Evans & Green, LLP
Brent Green
1615 S. Ingram Mill Rd, Bldg. F
Springfield MO 65808


Fair Links
42, Avenue Montaigne
Paris, France 75008


Hawthorn Bank
PO Box 1845
Jefferson City MO 65102


Hawthorn Bank - SBA
PO Box 1845
Jefferson City MO 65102


Hunt Enterprises, LLC
3942 W. Greenwood
Springfield MO 65807


Hunt Enterprises, LLC
c/o J. Craig Preston
O'Reilly & Preston, LLC
4045 E. Sunshine St.
Springfield MO 65809


Husch Blackwell
Bryan O'Wade
901 St. Louis St, Suite 1800
Springfield MO 65806


IceFire Limited
PO Box 55 111, Eastridge
Auckland, NZ 1146


Internal Revenue Service
PO Box 87
CAWR/FUTA
Memphis TN 38101


James Preston
4045 E. Sunshine, Suite 210
Springfield MO 65809

JaxFil Co
6428 GA-219
Franklin GA 30217


JCI
1161 SE Hamblen Rd.
Lees Summit MO 64081


Jennings Strouss
Gerald Alston
1 E. Washington St, Suite 1900
Phoenix AZ 85004


Jerome & Carla Nichols Jnt. Revoc. Trus
2420 E. Southernview
Ozark MO 65721


Jerome Nichols
2420 E. Southernview
Ozark MO 65721


Jerome Nichols
2420 E. Southenview
Ozark MO 65721


KarlMax Consultants Limited
37 Prince Georges Avenue
West Wimbledon, London SW20 8BQ England


Katherine Allen
2602 S. Marian
Springfield MO 65804


Law Office of Grant Johnson
Grant Johnson
3645 S. Culpepper Circle
Springfield MO 65804


Lee Viorel
Lowther Johnson, LLC
901 E. St. Louis, 20th Floor
Springfield MO 65806

MO Assoc. of Mfrs. Hlth. Source, Inc.
1335E. Republic Rd. K
Springfield MO 65804


Newcomb Spring Corp.
9300 Spring Hill Dr.
Ooltewah TN 37363


Ollis/Akers/Arney
2274 E. Sunshine St.
Springfield MO 65804-1819


Oscar Lawrence Bennett
Orionweg Kaya A 5A
PO Box 4550
Zeelandia, CUW


Products Plus, Inc.
5225 N. 23rd St.
Ozark MO 65721


Randy Jeffries
2425 E. Camelback Rd, Suite 850
Phoenix AZ 85016


Sandler, Travis, Rosenberg, P.A.
1000 NW 57th Court, Suite 600
Miami FL 33126


Southern Supply Company (SMC)
509 N. Washington
Springfield MO 65806


The Hartford Steam Boiler Ins. Co.
PO Box 73720
Chicago IL 60673-3720


United Scale
25185 Kafir Rd.
Webb City MO 64870


WNF Law P.L.
Carlos Nunez
1111 Bricell Ave, Suite 2200
Miami FL 33131

# United States Bankruptcy Court
## Western District of Missouri

In re    __AGC Refining & Filtration, LLC__                  Case No.    _____

                                        Debtor(s)        Chapter    __11__

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:    __September 20, 2019__                   __/s/ Jerome Nichols, President__

                                               __Jerome Nichols, President__/President/Managing Member
                                               Signer/Title

**Fill in this information to identify the case:**

Debtor name    **AGC Refining & Filtration, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 20, 2019**    **X** */s/ Jerome Nichols, President*
                                            Signature of individual signing on behalf of debtor

                                            **Jerome Nichols, President**
                                            Printed name

                                            **President/Managing Member**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **AGC Refining & Filtration, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGC International Eurasia, LLC 224 N. Euclid Detective Building, Floor 2 Pittsburgh, PA 15206 | | Commissions | Disputed | | | $101,536.53 |
| Alan DeFlorio 208 W. Hypericum Lane Greenville, SC 29615 | | Operating Loan | | | | $270,000.00 |
| Allen Filters, Inc. PO Box 747 Springfield, MO 65801 | | Operating Loan | | | | $53,213.00 |
| Arizona Boiler 8282 N. 75th Ave. Peoria, AZ 85345 | | Vendor | Disputed | | | $99,419.25 |
| Boyd Metals 1027 Byers Ave. Joplin, MO 64802 | | Vendor | Contingent Disputed Subject to Setoff | | | $30,386.00 |
| Cozen O'Connor 200 S. Biscayne Blvd, Suite 3000 Miami, FL 33131 | | Legal Services | Disputed | | | $36,959.60 |
| DMP Corporation 400 Bryant Blvd. Rock Hill, SC 29732 | | Vendor | Contingent Disputed | | | $134,685.00 |
| Elementa Ecuador Elecueme, S.A. Yaguachi, SL21 MZ 207 Calle 21 De Yaguachi, Ecuador | | Arbitration Judgment | | | | $1,531,366.92 |
| Emanuel Quinn 6, ru Lamennais Paris, France 75008 | | Legal Services | Disputed | | | $110,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **AGC Refining & Filtration, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Enviem Holdings, BV Amperesteraat 5 Harderwijk, NL 3846 AN Holland** | | **Sales Development** | **Contingent Disputed Subject to Setoff** | | | **$2,179,500.00** |
| **Fair Links 42, Avenue Montaigne Paris, France 75008** | | **Consulting** | **Disputed** | | | **$30,000.00** |
| **IceFire Limited PO Box 55 111, Eastridge Auckland, NZ 1146** | | **Contract Settlement** | **Disputed** | | | **$1,500,000.00** |
| **JaxFil Co 6428 GA-219 Franklin, GA 30217** | | **Operating Loan** | | | | **$55,000.00** |
| **Jerome Nichols 2420 E. Southernview Ozark, MO 65721** | | **Shareholder Loan** | | | | **$35,000.00** |
| **KarlMax Consultants Limited 37 Prince Georges Avenue West Wimbledon, London SW20 8BQ England** | | **Consulting** | | | | **$26,215.03** |
| **MO Assoc. of Mfrs. Hlth. Source, Inc. 1335E. Republic Rd. K Springfield, MO 65804** | | **Health Insurance Audit** | **Disputed** | | | **$79,296.74** |
| **Oscar Lawrence Bennett Orionweg Kaya A 5A PO Box 4550 Zeelandia, CUW** | | **Operating Loan** | | | | **$55,000.00** |
| **Products Plus, Inc. 5225 N. 23rd St. Ozark, MO 65721** | | **Legal Settlement** | **Contingent Disputed Subject to Setoff** | | | **$175,000.00** |
| **Sandler, Travis, Rosenberg, P.A. 1000 NW 57th Court, Suite 600 Miami, FL 33126** | | **Legal Services** | **Disputed** | | | **$100,000.00** |
| **Southern Supply Company (SMC) 509 N. Washington Springfield, MO 65806** | | **Vendor** | **Disputed** | | | **$196,133.15** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor  **AGC Refining & Filtration, LLC**
Name

Case number *(if known)*

# United States Bankruptcy Court
## Western District of Missouri

In re    __AGC Refining & Filtration, LLC__                                    Case No. _____

                                             Debtor(s)      Chapter    __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jerome Nichols, President**<br>**3045 E. Elm**<br>**Springfield, MO 65802** | | **100%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **September 20, 2019**                    Signature   **/s/ Jerome Nichols, President**

                                                             **Jerome Nichols, President**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name    **AGC Refining & Filtration, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................  $        0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................  $     619,766.80

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................  $     619,766.80

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $     456,634.10

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................  $     19,572.06

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................  +$     6,951,753.79

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b                   $     7,427,959.95

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **AGC Refining & Filtration, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

|  | **Great Southern Bank** | |
|---|---|---|
| 7.1. | **Customer Deposit** | **$500.00** |

|  | **Great Southern Bank** | |
|---|---|---|
| 7.2. | **Business Operating Account** | **$14,755.29** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| **$15,255.29** |

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **AGC Refining & Filtration, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | **137,150.00** | - | **0.00** | = .... | **$137,150.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$137,150.00**

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Parts Inventory (50% Proprietary)** | | **$61,889.82** | | **$11,000.00** |
| | **100% Proprietary; Only value as scrap $2,250.00; 15 tons at $150 per ton** | | **$0.00** | **Market** | **$2,250.00** |
| 20. | **Work in progress Fabricated Steel (100% Proprietary; Only value is scrap)** | | **$1,350,677.00** | | **$414,011.51** |

| 21. | **Finished goods, including goods held for resale** |
|---|---|

| 22. | **Other inventory or supplies** |
|---|---|

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$427,261.51**

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **AGC Refining & Filtration, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Soda machine, Refrigerator, Couch, Conference Table/Chairs, Cradenza, Computers, Office Charis, Desks, Book Case, Lateral Files, Computer Server, Tool Chest** | **$0.00** | | **$2,000.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | **$2,000.00** |
|---|---|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **AGC Refining & Filtration, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Welding Turn (Custom Application) | $0.00 | | $100.00 |
| Welders (5 Year Depreciation) | $3,000.00 | | $3,000.00 |
| Band Saw (5 Year Depreciation) | $0.00 | | $500.00 |
| Paint Booth (7 Year Depreciation) | $7,000.00 | | $7,000.00 |
| Quincy Air Compressor (5 Year Depreciation) | $8,580.00 | | $7,000.00 |
| Plasma Assembly (5 Year Depreciation) | $6,400.00 | | $7,000.00 |
| 2013 Toyota Forklift | $12,500.00 | | $12,500.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $37,100.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **AGC Refining & Filtration, LLC** | Case number *(If known)* |
|--------|------------------------------------|--------------------------|
|        | Name                               |                          |

**Current value of debtor's interest**

| 71. | **Notes receivable** |
|-----|----------------------|

Description (include name of obligor)

| **Miscellaneous hand tools** | **1,000.00** - | **0.00** = | **$1,000.00** |
|------------------------------|----------------|------------|---------------|
|                              | Total face amount | doubtful or uncollectible amount | |

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$1,000.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **AGC Refining & Filtration, LLC**                              Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,255.29 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $137,150.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $427,261.51 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $37,100.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $619,766.80 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $619,766.80 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **AGC Refining & Filtration, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** **Hawthorn Bank** | | |
|---|---|---|
| Creditor's Name | | |

| | | Column A | Column B |
|---|---|---|---|
| Describe debtor's property that is subject to a lien | | $106,307.48 | $427,261.51 |
| **Business Assets** | | | |

**PO Box 1845**
**Jefferson City, MO 65102**
Creditor's mailing address

Describe the lien
**Commercial Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0493**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **Hawthorn Bank - SBA** | | |
|---|---|---|
| Creditor's Name | | |

| | | $350,326.62 | $427,261.51 |
|---|---|---|---|

Describe debtor's property that is subject to a lien
**Business Assets**

**PO Box 1845**
**Jefferson City, MO 65102**
Creditor's mailing address

Describe the lien
**Commercial Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1534**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **AGC Refining & Filtration, LLC** | | Case number *(if know)* | |
| | Name | | | |

☐ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$456,634.10** |

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lee Viorel**<br>**Lowther Johnson, LLC**<br>**901 E. St. Louis, 20th Floor**<br>**Springfield, MO 65806** | Line   **2.2** | |
| **Lee Viorel**<br>**Lowther Johnson, LLC**<br>**901 E. St. Louis, 20th Floor**<br>**Springfield, MO 65806** | Line   **2.1** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **AGC Refining & Filtration, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $19,572.06 | $0.00 |

| | |
|---|---|
| **Internal Revenue Service**<br>**PO Box 87**<br>**CAWR/FUTA**<br>**Memphis, TN 38101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| _____<br>Date or dates debt was incurred | Basis for the claim:<br>**Withholding Taxes** |
| _____<br>Last 4 digits of account number **1568** | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $5,500.00 |

| | |
|---|---|
| **Advanced Fabrication Technologies, Inc.**<br>**1419 N. Belcrest Ave.**<br>**Springfield, MO 65802** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **4045** | Basis for the claim:  **Vendor** |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address | $101,536.53 |

| | |
|---|---|
| **AGC International Eurasia, LLC**<br>**224 N. Euclid**<br>**Detective Building, Floor 2**<br>**Pittsburgh, PA 15206** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **1568** | Basis for the claim:  **Commissions** |
| | Is the claim subject to offset? ■ No  ☐ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    54795                    Best Case Bankruptcy

| Debtor | **AGC Refining & Filtration, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270,000.00** |
|---|---|---|---|

**Alan DeFlorio**
**208 W. Hypericum Lane**
**Greenville, SC 29615**

Date(s) debt was incurred _

Last 4 digits of account number  **1568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Operating Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,213.00** |
|---|---|---|---|

**Allen Filters, Inc.**
**PO Box 747**
**Springfield, MO 65801**

Date(s) debt was incurred _

Last 4 digits of account number  **1568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Operating Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,419.25** |
|---|---|---|---|

**Arizona Boiler**
**8282 N. 75th Ave.**
**Peoria, AZ 85345**

Date(s) debt was incurred _

Last 4 digits of account number  **2844**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BN Refining, LLC**
**1850 W. Broadway St, Suite 110**
**Phoenix, AZ 85041**

Date(s) debt was incurred _

Last 4 digits of account number  **6014**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,386.00** |
|---|---|---|---|

**Boyd Metals**
**1027 Byers Ave.**
**Joplin, MO 64802**

Date(s) debt was incurred _

Last 4 digits of account number  **4575**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,985.42** |
|---|---|---|---|

**Chromalox, Inc.**
**103 Gamma Dr.**
**Pittsburgh, PA 15238**

Date(s) debt was incurred _

Last 4 digits of account number  **4317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,205.00** |
|---|---|---|---|

**Cozen O'Connor**
**277 Park Ave.**
**New York, NY 10172**

Date(s) debt was incurred _

Last 4 digits of account number  **3087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **AGC Refining & Filtration, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,959.60** |
|---|---|---|---|

**Cozen O'Connor**
**200 S. Biscayne Blvd, Suite 3000**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6944**

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,386.00** |
|---|---|---|---|

**Crane Electric**
**220 W. Brook**
**Neosho, MO 64850**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,462.50** |
|---|---|---|---|

**Creative Design & Writing, Inc.**
**2476 Overland Rd.**
**Laramie, WY 82070-4808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0792**

Basis for the claim:  **Consulting**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134,685.00** |
|---|---|---|---|

**DMP Corporation**
**400 Bryant Blvd.**
**Rock Hill, SC 29732**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

**Don Kleine**
**734 Singing Trails Dr.**
**El Cajon, CA 92109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1568**

Last 4 digits of account number  **1568**

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,531,366.92** |
|---|---|---|---|

**Elementa Ecuador Elecueme, S.A.**
**Yaguachi, SL21**
**MZ 207 Calle 21 De**
**Yaguachi, Ecuador**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1568**

Basis for the claim:  **Arbitration Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,599.50** |
|---|---|---|---|

**Ellis, Ellis, Hammons, & Johnson**
**901 St. Louis St, Suite 500**
**Springfield, MO 65806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3374**

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **AGC Refining & Filtration, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address
**Emanuel Quinn**
**6, ru Lamennais**
**Paris, France 75008**

Date(s) debt was incurred _

Last 4 digits of account number  **1843**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

**$110,000.00**

---

**3.18** | Nonpriority creditor's name and mailing address
**Endress & Hauser**
**2350 Endress Place**
**Greenwood, IN 46143**

Date(s) debt was incurred _

Last 4 digits of account number  **6585**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$17,478.85**

---

**3.19** | Nonpriority creditor's name and mailing address
**Enviem Holdings, BV**
**Amperesteraat 5**
**Harderwijk, NL 3846 AN Holland**

Date(s) debt was incurred _

Last 4 digits of account number  **AGCNL**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sales Development**

Is the claim subject to offset? ☐ No ■ Yes

**$2,179,500.00**

---

**3.20** | Nonpriority creditor's name and mailing address
**Fair Links**
**42, Avenue Montaigne**
**Paris, France 75008**

Date(s) debt was incurred _

Last 4 digits of account number  **AGC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Consulting**

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.21** | Nonpriority creditor's name and mailing address
**Hunt Enterprises, LLC**
**3942 W. Greenwood**
**Springfield, MO 65807**

Date(s) debt was incurred _

Last 4 digits of account number  **3045**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$21,625.35**

---

**3.22** | Nonpriority creditor's name and mailing address
**IceFire Limited**
**PO Box 55 111, Eastridge**
**Auckland, NZ 1146**

Date(s) debt was incurred _

Last 4 digits of account number  **1568**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract Settlement**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500,000.00**

---

**3.23** | Nonpriority creditor's name and mailing address
**JaxFil Co**
**6428 GA-219**
**Franklin, GA 30217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Operating Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$55,000.00**

---

| Debtor | **AGC Refining & Filtration, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,501.52 |
|---|---|---|---|

JCI
1161 SE Hamblen Rd.
Lees Summit, MO 64081

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1895**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

Jerome Nichols
2420 E. Southernview
Ozark, MO 65721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,215.03 |
|---|---|---|---|

KarlMax Consultants Limited
37 Prince Georges Avenue
West Wimbledon, London SW20 8BQ
England

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1758**

Basis for the claim:  **Consulting**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,675.00 |
|---|---|---|---|

Katherine Allen
2602 S. Marian
Springfield, MO 65804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1568**

Basis for the claim:  **Operating Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,296.74 |
|---|---|---|---|

MO Assoc. of Mfrs. Hlth. Source, Inc.
1335E. Republic Rd. K
Springfield, MO 65804

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0229**

Basis for the claim:  **Health Insurance Audit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.69 |
|---|---|---|---|

Newcomb Spring Corp.
9300 Spring Hill Dr.
Ooltewah, TN 37363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6491**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,295.74 |
|---|---|---|---|

Ollis/Akers/Arney
2274 E. Sunshine St.
Springfield, MO 65804-1819

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9247**

Basis for the claim:  **Insurance Premium**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **AGC Refining & Filtration, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Oscar Lawrence Bennett**
**Orionweg Kaya A 5A**
**PO Box 4550**
**Zeelandia, CUW**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Operating Loan**

Last 4 digits of account number  **1568**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |
|---|---|---|---|

**Products Plus, Inc.**
**5225 N. 23rd St.**
**Ozark, MO 65721**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Settlement**

Last 4 digits of account number  **1568**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Sandler, Travis, Rosenberg, P.A.**
**1000 NW 57th Court, Suite 600**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Services**

Last 4 digits of account number  **6693**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196,133.15 |
|---|---|---|---|

**Southern Supply Company (SMC)**
**509 N. Washington**
**Springfield, MO 65806**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0104**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $741.00 |
|---|---|---|---|

**The Hartford Steam Boiler Ins. Co.**
**PO Box 73720**
**Chicago, IL 60673-3720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consulting**

Last 4 digits of account number  **0285**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,780.00 |
|---|---|---|---|

**United Scale**
**25185 Kafir Rd.**
**Webb City, MO 64870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **AGC Refining & Filtration, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Global Trade Solutions**<br>**Keith West**<br>**2400 Veterans Memorial Blvd, Ste 300**<br>**Kenner, LA 70062** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Evans & Green, LLP**<br>**Jacqueline Elkin**<br>**1615 S. Ingram Mill Rd, Bldg. F**<br>**Springfield, MO 65808** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Evans & Green, LLP**<br>**Brent Green**<br>**1615 S. Ingram Mill Rd, Bldg. F**<br>**Springfield, MO 65808** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Husch Blackwell**<br>**Bryan O'Wade**<br>**901 St. Louis St, Suite 1800**<br>**Springfield, MO 65806** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **James Preston**<br>**4045 E. Sunshine, Suite 210**<br>**Springfield, MO 65809** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Jennings Strouss**<br>**Gerald Alston**<br>**1 E. Washington St, Suite 1900**<br>**Phoenix, AZ 85004** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Law Office of Grant Johnson**<br>**Grant Johnson**<br>**3645 S. Culpepper Circle**<br>**Springfield, MO 65804** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Randy Jeffries**<br>**2425 E. Camelback Rd, Suite 850**<br>**Phoenix, AZ 85016** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **WNF Law P.L.**<br>**Carlos Nunez**<br>**1111 Bricell Ave, Suite 2200**<br>**Miami, FL 33131** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 19,572.06 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,951,753.79 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,971,325.85 |

**Fill in this information to identify the case:**

Debtor name    **AGC Refining & Filtration, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest     **Storage of two trailers (53' each) at $94.00 per month.** | |
| State the term remaining | **Action Sales and Rental, Inc.** |
| List the contract number of any government contract | **3950 E. Kearney** **Springfield, MO 65803** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest     **Lease business facilities at 3045 E. Elm, Springfield, MO** | |
| State the term remaining   **2 years** | **Hunt Enterprises, LLC** **c/o J. Craig Preston** **O'Reilly & Preston, LLC** |
| List the contract number of any government contract | **4045 E. Sunshine St.** **Springfield, MO 65809** |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 1 of 1

**Fill in this information to identify the case:**

Debtor name          **AGC Refining & Filtration, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **Jerome & Carla Nichols Jnt. Revoc. Trus** | **2420 E. Southernview Ozark, MO 65721** | **Hawthorn Bank** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2  **Jerome & Carla Nichols Jnt. Revoc. Trus** | **2420 E. Southernview Ozark, MO 65721** | **Hawthorn Bank - SBA** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.3  **Jerome Nichols** | **2420 E. Southenview Ozark, MO 65721** | **Hawthorn Bank** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.4  **Jerome Nichols** | **2420 E. Southenview Ozark, MO 65721** | **Hawthorn Bank - SBA** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |

# United States Bankruptcy Court
## Western District of Missouri

In re   **AGC Refining & Filtration, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **AGC Refining & Filtration, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 20, 2019**

Date

**/s/ David E. Schroeder**

**David E. Schroeder 32724**

Signature of Attorney or Litigant

Counsel for   **AGC Refining & Filtration, LLC**

**David Schroeder Law Offices, P.C.**
**1524 East Primrose St**
**Suite A**
**Springfield, MO 65804**
**(417) 890-1000 Fax:(417) 886-8563**
**bk1@dschroederlaw.com**